**CIVIL RIGHTS COMPLAINT**
**42 U.S.C. § 1983**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x

Omar Taki Freeman,
Full name of plaintiff/prisoner ID#
B: 4411309638 / N: 083201522
            Plaintiff,

JURY DEMAND
YES __X__   NO __X__

        -against-

Rikers Island C-95
East Elmhurst
11370

Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

open

VITALIANO,

            Defendants.
----------------------------------------------------------x

POHORELSKY, M.J.

I.      Previous Lawsuits:

        A.      Have you begun other lawsuits in state or federal court
                dealing with the same facts involved in this action or
                otherwise relating to your imprisonment?  Yes (X)  No ( )

        B.      If your answer to A is yes, describe each lawsuit in the space below
                (If there is more than one lawsuit, describe the additional lawsuits
                on another piece of paper, using the same outline.)

                1. Parties to this previous lawsuit: Omar Tatsi Freeman

                        Plaintiffs: Rikers Island C-95

                        Defendants: Rikers Island C-95
                                    Illegal strip search

                2. Court (if federal court, name the district;
                   if state court, name the county)

                    _____

                3. Docket Number: 2013 QNO561115

1

4. Name of the Judge to whom case was assigned: George Welch

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) Mary McBeth MaBeth

6. Approximate date of filing lawsuit: 10/4/13

7. Approximate date of disposition: 11/4/13

II. Place of Present Confinement: Creedmore Psychiatric Center 9/13

A. Is there a prisoner grievance procedure in this institution? Yes (X) No ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes (X) No ( )

C. If your answer is YES,

1. What steps did you take? Filed Greivance, told C.O., told captain, called Albany, told Lawyer

2. What was the result? "open" still waiting for result

D. If your answer is NO, explain why not they stole my jail ID, 2 Medicaid Cards, and NY state ID.

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes (X) No ( )

F. If your answer is YES,

1. What steps did you take? Verbal action in intake 15 days only suppose to be 2 days state facility ID is 10/10/13, property from 10/11/13

2. What was the result? waiting for result

III. Parties:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff Omar Taki Freeman

Address 163-27 130 ave apt 5G Jamaica NY 11434

(In item B below, place the full name and address of each defendant)

B. List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1   Rikers Island Correctional Facilty 18-18 Hazen Street C-95 East Elmhurst 11370

Defendant No. 2   2 Medicaid Medicaid cards Stolen USSS 8860

Defendant No. 3

Defendant No. 4   3449 Fish Ave ap 3A Bronx NY 10469

Defendant No. 5   State ID stolen at Rikers

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

IV. Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Stolen Buy Money

First court Date 10/21/13 missed cause in intake 15 days arrested on 10/4/13

Assault, wrongful Incarceration, Bad Conditions, Robbery

IV.A If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

Assaulted By Inmate in Quad Lower 5, cell

Suffered swolled right eye

COs packed up nor Commissary

## V. Relief:

State what relief you are seeking if you prevail on your complaint.

Only suppose to be in intake 2 days, Intake from 10/8/13 to 10/21/13. Sueing Psych Eval on 11/22-or 23 sent to Creedmore on December 2 or 4

I declare under penalty of perjury that on __1/7/14__ (Date), I delivered this complaint to prison authorities to be mailed to the United States District Court for the Eastern District of New York.

Signed this __7__ day of __January__, 20__14__. I declare under penalty of perjury that the foregoing is true and correct.

__Omar Freeman__
Signature of Plaintiff

__Rikers Island__
Name of Prison Facility

__Correctional Facilty__

__18-18 Hazen St, East Elmhurst 11370__
Address

__B: 4411309638 / N: 08320152P__
Prisoner ID#

Doc No.

2013 QN056 1115

Mary McBeth
My pshc lawyer

①

Omar-Taki Freeman
B: 4411309638
N: 0832015 2 P

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ DEC 26 2013 ★
BROOKLYN OFFICE

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JAN 14 2014 ★
BROOKLYN OFFICE

I was on Sutphin Blvd, I Foch when a undercover gave me $140 to buy drugs. I exchanged one of the 2 twenties. I went to the laundry matt on Sutphin in front of the 2 chinese restaraunts. I got a 10, a 5, and 5 ones. I went to the spot and nobody was out. I went up the block to another spot. On my way there two cops hopped out their car and searched me on Rockaway by the pizza shop. I didnt have anything but the money. They already had the envelope in their hands for evidence. They put me in a van with 4 other people in the back and rode around for an hour. My glasses were broke in the process. They picked up two other people and let two go. Then I reached 113th precinct on

2013 QN0561115

Baisley Blvd. I sat in 113th for 3 days. I got arrested on October 4, ~~2003~~ 2013. They took me to Central Booking on Queens Blvd. I waited in Bullpen took a picture then they took me back to 113th precinct. One cop gave me the ~~first dollar bill~~ 10, 5, and 5 ones and gave me back my wallet. They brought me McDonalds twice and bought me something from the machine. They paid for the McDonalds. I gave them money from the buy money for the machine. I kept asking what I was charged with. It took three days. They said petty larceny and possession. They said I stole the cop money, how could I got arrested. They said possession I had 2 pusher with cocaine residue. Two metal rods with cocaine residue is paraphenela not possess. I don't recall having two pushers.

2013 QN056

I reached Central Booking on Queens Blvd again on October 6, 2013 and they booked me. I got to Rikers and stayed in Intake for 10/6/13 to 10/21/13. They kept me there for 2 days before I received my ID and property. My property receipt form has 10/14/13 and my ID has 10/10/13, when in C-95. They gave us one cup to drink water between 20 inmates and chicken and bread in our hands. Later on I forgot the exit date when I went to see the psyc. I stayed there 2 days. They took my urine. It had the wrong info on the urine bottle. The doctor said I had cocaine in my system and I hadn't smoked since October 4, 2013. Only 3 days in my system and the date was October 11 or 12.

They sent me to the box word of mouth Quad Lovers 5 vs Bloods they say. When I went to Death Island the

another psych I gave them my ID from the jail. I also had my State ID, 2 medicaid cards, and 5 dollars. I sneek it in my jacket. When I got to Hearts Island (the psych) they searched me found my State ID, 2 medical cards and 5 dollars but didnt give me a receipt. I stayed in there all night this was on 10/20/13. On 10/21/13 my court they sent me to Quad lower 5 without my jail ID. They put me in a cell without breakfast until like 4:00 AM ready to go to court at 5:00 AM. They put me in a cell with no water for two days then put me in cell 13 later. I missed count. They bring me my jail ID on ~~Tuesday~~ Tuesday on Wed for commissary but it wasn't signed that's how I know something was wrong the one they gave me in intake was signed.

Queens N.Y

2013 QN056 1115   09638

⑤

My commissary was stolen on the 10/25/13 day when an inmate punched me in the eye and they took me to the intake and then to the psych, Hearts Island. I stayed for 13 hours. When I got out they packed my stuff. There was only 2 soups, 1 pad, 1 pen out of $43.83.

The reference number is 12862672 on 10/25/13 at 10:38 and phone calls since 10/18/13 9:55 - total calls $12.14. No. on bag 8.

(9:30)
Property receipt form 1174564 and 1174565

(9:35) Dated 10/11/13, Shield
10/4833

When I came to pack up my stuff there was nothing. That was on 10/28/13 or 10/29/13. They sent me to 10 Module A on 10/28/13.
My free call on Sunday I didn't receive until Monday one day off. When I got to

Dkt No.

0963S

2013 QN056115

Module 10, or 10 Mod, I couldn't have ate 43.83 worth of commissary to three days. I went to court on the 10/28/13 I think, didn't go home. Offer was 30 days on court date at arrest, 500 dollars bail and clan 7 misdameanos. They didn't let me go. Then I went to court on 11/12/13 didn't see no body. Went to court on 11/20 or 21 on a Friday to psych evaluation. They said they changed the possession to a eeg of weed. A jewish doctor said how do you steal my money. Florida called my house the DA Guido Henriquez name came from my ICM worker from the Bowery program BRC on my stolen Medicaid cards and my ID 3449 Fish Ave Apt 3A, Bronx, NY 10469.

In 10 Mod no sheets the whole time, denied Church twice, 50 beds, 6 or 7 toilets, 8 shower heads, a hole feet in the floor in the Bathroom. bad Condition

QN

BACK

Creedmore Psychiatric Hospital
79-25 Winchester Blvd
Queens Village, NY 11427

Social Worker - Amy Vivelo
Dr. Ninan
Team Leader - Stephanie Mobley
718-264-5096

Omar Taki Freeman
Pearlean Simmons (mother)
163-27 130 Ave
Apt 5G Jamaica NY 11434
(718) 276-7567
Stolen ID may be Duplicate

Admission Date 12/2/2013
or
12/4/2013

On last court Date didn't see
Judge or lawyer. Officers said
Case dismissed, committed to
psyc.

2 Days
off

Lawyer is George Welch
(718) 286-2145
incarcerated 10/4/13 to 12/2/13

```
12/02/13                            08:16

THE CITY OF NEW YORK
DEPARTMENT OF CORRECTION

AMKC

FREEMAN,OMAR
ID#4411309638

COMMISSARY PURCHASE

REFERENCE NUMBER:1285116125

ITEM                     PRICE   #    TOTAL
DOMINO PLAYING CARD  $    1.21   1 $    1.21
X-LARGESHOWERSLIPPE  $    0.85   1 $    0.85
SUAVE                $    1.97   1 $    1.97
DIAL                 $    0.99   2 $    1.98
CLOSE-UP             $    1.92   1 $    1.92
MAXIMUM SECURITY DE  $    0.60   1 $    0.60
WRITING TABLET       $    1.36   1 $    1.36
PEN                  $    0.23   2 $    0.46
REGAL COFFEE         $    0.54  28 $   15.12
LOWSODIUMRAMENCHILI  $    0.45  14 $    6.30
TOTAL                    -----  --  $   31.77

Spending Limit is $125 per week
```

*Handwritten annotations:* "10 Module A", "Bed 4", "SAMPLE OF COMMISSARY SHEETS", "10/25/13", "128626822", "(21) 112-20 (14)"

```
12/02/13                           08:15

THE CITY OF NEW YORK
DEPARTMENT OF CORRECTION

AMKC

FREEMAN,OMAR
ID#4411309638

PHONE CALLS SINCE 11/11/13 08:14

TIME               TELEPHONE #      MI   AMOUNT
11/11/13 18:59     (917)415-1179    10    0.89
11/11/13 19:12     (718)286-2000     6    0.74
11/11/13 19:19     (718)286-2145     5    0.70
11/13/13 09:29     (917)415-1179     6    0.74
11/14/13 08:42     (917)415-1179     6    0.74
11/15/13 10:07     (917)415-1179     6    0.74
11/16/13 10:31     (917)415-1179     6    0.74
11/17/13 10:31     (718)286-2000     6    0.74
11/18/13 09:36     (718)298-1400     1    0.62
11/19/13 10:09     (917)415-1179     6    0.74
11/20/13 14:00     (718)286-2145     6    0.74
11/21/13 11:24     (718)286-2145     5    0.70
11/22/13 20:07     (917)415-1179     1    0.62
11/24/13 10:01     (917)415-1179     6    0.74
11/25/13 10:45     (917)415-1179     6    0.74
11/26/13 21:53     (917)415-1179     1    0.62
11/27/13 09:27     (917)415-1179     1    0.62
11/27/13 16:10     (917)415-1179    15    1.07
11/27/13 18:34     (212)382-6600     3    0.62
11/27/13 18:37     (212)382-6600     2    0.62
11/27/13 18:52     (718)923-3745     3    0.62
11/28/13 09:00     (212)382-6600     8    0.81
11/28/13 09:21     (718)923-3745     6    0.74
11/28/13 09:27     (917)415-1179     6    0.74
11/28/13 09:39     (212)614-6464     3    0.62
11/29/13 19:29     (917)415-1179     6    0.74
11/30/13 20:03     (917)415-1179     6    0.74
12/01/13 09:44     (917)415-1179     6    0.74
12/01/13 10:08     (917)415-1179    10    0.89
                                         21.12
Spending Limit is $125 per week
```

Handwritten annotations:
- SAMPLE of Bed 4 COMMISSARY SHEETS comm [Phone] Stolen on 10/25/13 in Garbage 1286 26872
- Total $152.89

Form _____ Property Receipt/City of New York Department of Correction

**Property Receipt**

Inmate: Freeman Omar
Last / First

A№ 1174565 _____ year

Institution: AMKC
Date: 10/11/13

☐ NYSID # _____
☐ Book and Case # 441130963E
☐ Sentence # _____

CONTROL/CUFFLOCK# _____

WHERE WAS PROPERTY TAKEN:
☐ Admission  ☐ Housing Area - Specify: _____  ☐ Other - Specify: _____
Was this property taken on a search: ☐ Yes ☐ No

| I. Personal Items | | II. Clothing | | III. Jewelry | | | | |
|---|---|---|---|---|---|---|---|---|
| Articles | No. | Articles | Color | No. | Article | Y | W | CS |
| Radio | | Coat/Jacket | | | | | | |
| Personal papers | | Pants | | | Tooth Cap | | | |
| Pocketbook | | Belts | | | Neck Chain | | | |
| Gloves | | Shoes/Sneaker | TAN | 1 | Earring | | | |
| Glasses | | Shirt/Blouse | | | Charm | | | |
| Wig | | Skirt | | | Bracelet | | | |
| Wallet | | Boots | | | Watch | | | |
| Keys | | Hat | | | Ring | | | |

Identification: ☐ Yes ☐ No  Same Name? On Person Y N

| | | | |
|---|---|---|---|
| U.S. Passport | | | |
| Green Card | | | |
| Driver's License | | | |
| Other Government-issued photo ID | | | |
| Birth Certificate | | | |
| Social Security Card | | | |
| Other: | | | |

**Please Note:**
Description Color:
Y - Yellow Metal
W - White Metal
CS - Color of Stone

**INSTRUCTIONS**
1. If you receive more than one (1) item on a line (e.g. coat/jacket) circle appropriate item then enter the number.

| IV. Miscellaneous | |
|---|---|
| No. | Article |
| | |
| | |
| | |

☐ NO PROPERTY

The above item(s) has been received from you because:
☐ It is not on the list of items which are permitted in this facility
☐ The quantity is in excess of that allowed in this facility
☐ It may create a health, safety or security hazard, and therefore, you are not permitted to have it in your possession.
☐ You have submitted the item to us voluntarily for safekeeping.
☐ Other _____

_[signature]_
Signature of person taking property

Shield ID # 4822

_[signature] Omar Free_
Signature of Inmate

Date: 10/11/13

_[signature] Stegney_
Print Name

Time: 0935

**SEE APPEAL AND DISPOSAL PROVISIONS ON OTHER SIDE.**

Distribution:
**White** - Inmate Copy   **Yellow** - Duplicate (TO BE SECURED WITH PROPERTY)
**Green** - Inmate Legal Folder   **Blue** - Discharge Planning Center (UPON CITY SENTENCING)

**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF NEW YORK
PRO SE OFFICE
U.S. COURTHOUSE
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

OMAR FREEMAN 9B
79-25 WINCHESTER BOULEVARD
QUEENS VILLAGE, NY 11427

DECEMBER 30, 2013

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JAN 14 2014 ★
BROOKLYN OFFICE

Dear MR. FREEMAN:

We are writing in response to your letter(s) to the United States District Court for the Eastern District of New York received on: December 26, 2013.

The Court cannot act upon your submission(s). The Court can only act upon a complaint or a petition. A review of the Court's records indicates that there is no such action presently pending in which you are a plaintiff. Should you wish to start an action in this Court, we are enclosing the following forms for your convenience:

✔ 42 U.S.C. § 1983 Complaint Form
__ 28 U.S.C. § 2241 Petition Form
__ 28 U.S.C. § 2254 Petition Form
__ 28 U.S.C. § 2255 Petition Form
__ General Complaint Form (Sample)
__ Social Security Complaint Form
__ Employment Discrimination Complaint Form
✔ Request to Waive the Filing Fee

Any papers you wish to submit to this Court must be sent to this Office at the address listed above. This Office cannot offer any advice regarding the merits of your case.

We hope this information is of assistance to you. Should you have any further questions, please contact this Office.

Sincerely,

Pro Se Office
(718) 613-2665